# Exhibit C



| General Assembly | Amendment |
|---|---|
| *January Session, 2021* | LCO No. **7009** |



Offered by:
REP. DAUPHINAIS, 44th Dist.
SEN. SOMERS, 18th Dist.

To: Subst. House Bill No. **6423**    File No. 431    Cal. No. 323

***"AN ACT CONCERNING IMMUNIZATIONS."***

1  After the last section, add the following and renumber sections and
2  internal references accordingly:

3  "Sec. 501. (NEW) (*Effective from passage*) Any person who is exempt
4  from the immunization requirements set forth in section 10-204a of the
5  general statutes, as amended by this act, on religious grounds shall
6  continue to be exempt from such requirements on religious grounds if
7  such student transfers from one public or private school in the state to
8  another public or private school in the state under the jurisdiction of
9  either the same or a different local or regional board of education, or
10 similar body governing a nonpublic school or schools."

| This act shall take effect as follows and shall amend the following sections: | | |
|---|---|---|
| Sec. 501 | *from passage* | New section |