# Exhibit D

# Connecticut State Department of Public Health

CT.gov Home (/)   Department of Public Health (/DPH)   School Immunization Survey Data

- Immunization Homepage (/DPH/Immunizations/CONNECTICUT-IMMUNIZATION--PROGRAM)
- Immunization Laws and Regulations (/DPH/Immunizations/Immunization--Laws-and-Regulations)
- Vaccine Preventable Disease Surveillance (https://portal.ct.gov/DPH/Immunizations/VACCINE-PREVENTABLE-DISEASES)
- About CT WIZ (/DPH/Immunizations/ALL-ABOUT-CT-WiZ)
- EHR Data Exchange-HL7 (https://portal.ct.gov/DPH/Immunizations/Electronic-Health-Record-Electronic-Exchange-With-CT-WiZ)
- Connecticut Vaccine Program- CVP (/DPH/Immunizations/Connecticut-Vaccine-Program-CVP)
- For CVP Providers (/DPH/Immunizations/CVP---Information-for-Providers)
- For Healthcare Providers (/DPH/Immunizations/Immunization-Information-for-Health-Professionals)
- Immunization Action Plan - IAP (/DPH/Immunizations/Immunization-Action-Plan-IAP)
- For Adults (/DPH/Immunizations/Adult-Immunizations)
- For Parents (/DPH/Immunizations/CVP---Information-for-Parents)
- For Pregnant Women (/DPH/Immunizations/Tdap-Coccooning)
- International Travel (https://www.cdc.gov/travel/)
- Preventing Seasonal Influenza (/DPH/Immunizations/Seasonal-Influenza)
- COVID-19 Vaccine Providers (/DPH/Immunizations/COVID-19-Vaccine-Providers)
- Contact Us (/DPH/Immunizations/Contact-Us)

**Search Department of Public Health**

School Immunization Survey Data

**Required Immunizations for School and Child Care** Vaccination is a medical intervention with direct benefits to *both* individuals and communities. When a large percentage of a population is vaccinated, the entire community (vaccinated and unvaccinated) receives additional protection from vaccine preventable diseases. This concept, known as 'herd immunity,' is a primary justification for mandatory vaccination policies in the United States. By following the recommended schedule and fully immunizing children on time, parents protect their children against 14 vaccine preventable diseases. If a high enough percentage of children are vaccinated outbreaks can also be prevented. In the U.S., all states require children attending public school or state-licensed day care facilities to receive a series of vaccinations. Vaccination requirements for school and day care attendance are critical to ensuring high rates of vaccination. Linking vaccination with school attendance, which is also required by law, ensures that vaccines reach the greatest number of children. Schools are a prime venue for the transmission of vaccine-preventable disease, and active school-age children can further spread disease to their families and others with whom they interact.[1] Specific vaccine requirements for school and child care vary by state. The Connecticut immunization laws and regulations can be found on the **Department of Public Health's Immunization Laws and Regulations web page (https://portal.ct.gov/DPH/Immunizations/Immunization--Laws-and-Regulations)**. Each school and child care program is responsible for ensuring that attendees are in compliance with the vaccine requirements.

**Immunization Survey**

The school immunization survey measures the extent to which children in Connecticut are protected from vaccine-preventable diseases. Each year the Department of Public Health distributes an immunization survey to all Connecticut schools and licensed group day care homes and child care centers. On the survey, the total number of attendees who completed the required vaccine series, the number who failed to complete the required vaccine series, and the number of children with a religious or medical exemption are reported. This information is reported for all child care attendees on the child care survey and for all kindergarten and seventh grade students on the school survey. In addition, influenza vaccine receipt is surveyed for all preschool[2] attendees. Individual vaccine information on each child is not collected; only total numbers are collected from each school and child care facility.

Typically survey results for the current school year will not be available until the summer or fall of the next school year.

**Statewide Data Summary of Religious and Medical Exemptions, 1999–2020**

**Highlights for 2019-2020**

The percentage of Connecticut kindergarten students receiving all required measles mumps and rubella (MMR) vaccines in the 2019-2020 school year was 96.2%. This is a slight increase of 0.1 percentage points from the previous year and a drop of 0.9 percentage points since 2012–2013. For public schools the

average MMR rate is 96.5% and for private schools the average is 92.1%. Of the schools with more than 30 kindergarten students, 120 schools have MMR rates below 95%, and 26 schools have MMR rates below 90%.

**Percentage of Vaccinated Kindergartners, Connecticut, 2012 – 2020**



The percentage of kindergarten students with a religious exemption decreased by 0.2% compared with last year, and is now 2.3%. The national average during 2019-20 for non-medical exemptions is 2.2%[3]. The percentage of kindergarten students with a religious exemption has increased 0.9% since 2012-2013. The percentage of kindergarten students with a medical exemption remains fairly constant, at 0.2% in 2019-2020, compared with 0.3% during previous years.

**Kindergarten Exemptions, Connecticut, 2012–2020**



**Statewide Summary Statistics** includes summary immunization information for kindergarten, seventh grade, and influenza vaccine for preschool.

- **2019-2020**
- **2018-2019**
- **2017-2018**
- **2016-2017**
- **2015-2016**
- **2014-2015**
- **2013-2014**
- **2012-2013**

**County Summary Statistics** includes county summary immunization information for kindergarten, seventh grade, and influenza vaccine for preschool.

- **2019-2020**
- **2018-2019**
- **2017-2018**
- **2016-2017**
- **2015-2016**

- **2014-2015**
- **2013-2014**
- **2012-2013**

**School Immunization Data** includes immunization information data for each reporting school. You can look up your individual school to see immunization rates, exemption rates, and other related information.

**Please note the data limitations listed in the definitions tab in each of the following documents.**

- **Kindergarten**
    - **2019-2020**
    - **2018-2019**
    - **2017-2018**
- **Seventh Grade**
    - **2019-2020**
    - **2018-2019**
    - **2017-2018**
- **Exemption rates for all students, all grade levels**
    - **2019-2020**
    - **2018-2019**
    - **2017-2018**

1 http://www.cdc.gov/vaccines/imz-managers/guides-pubs/downloads/vacc_mandates_chptr13.pdf

2 Includes preschool programs run by local boards of education; preschool programs located in child care centers are counted on the child care survey.

3 Vaccination Coverage with Selected Vaccines and Exemption Rates Among Children in Kindergarten — United States, 2019–20 School Year (https://www.cdc.gov/mmwr/volumes/70/wr/mm7003a2.htm?s_cid=mm7003a2_e)

For more information or to contact the Immunization Program, please call:
**860-509-7929 (tel:8605097929)**, during normal business hours, Monday-Friday 8:30am to 4:30pm

**Return to Immunization Home Page (/DPH/Immunizations/Electronic-Health-Record-Electronic-Exchange-With-CT-WiZ)**

**Return to DPH Home Page (http://www.ct.gov/dph/site/default.asp)**