# Exhibit E

# Vaccine Excipient Summary
Excipients Included in U.S. Vaccines, by Vaccine

In addition to weakened or killed disease antigens (viruses or bacteria), vaccines contain very small amounts of other ingredients – excipients.

Some excipients are added to a vaccine for a specific purpose. These include:
**Preservatives**, to prevent contamination. For example, thimerosal.
**Adjuvants**, to help stimulate a stronger immune response. For example, aluminum salts.
**Stabilizers**, to keep the vaccine potent during transportation and storage. For example, sugars or gelatin.

Others are residual trace amounts of materials that were used during the manufacturing process and removed. These can include:
**Cell culture materials**, used to grow the vaccine antigens. For example, egg protein, various culture media.
**Inactivating ingredients**, used to kill viruses or inactivate toxins. For example, formaldehyde.
**Antibiotics**, used to prevent contamination by bacteria. For example, neomycin.

The following table lists substances, other than active ingredients (i.e., antigens), shown in the manufacturers' package insert (PI) as being contained in the final formulation of each vaccine. **Note: Substances used in the manufacture of a vaccine but not listed as contained in the final product (e.g., culture media) can be found in each PI, but are not shown on this table.** Each PI, which can be found on the FDA's website (see below) contains a description of that vaccine's manufacturing process, including the amount and purpose of each substance. In most PIs, this information is found in Section 11: "Description."

**All information was extracted from manufacturers' package inserts.**
The date shown in the Date column of the table is the edition date of the PI is use in February 2020.
If a date contains an asterisk (*), the PI was not dated and this is the date the PI was reviewed for this table.
If in doubt about whether a PI has been updated since this table was prepared, check the FDA's website at:
http://www.fda.gov/BiologicsBloodVaccines/Vaccines/ApprovedProducts/ucm093833.htm
All influenza vaccine in this table are 2019-20 northern hemisphere formulation.

| Vaccine | Date | Contains |
|---|---|---|
| Adenovirus | 10/2019 | monosodium glutamate, sucrose, D-mannose, D-fructose, dextrose, human serum albumin, potassium phosphate, plasdone C, anhydrous lactose, microcrystalline cellulose, polacrilin potassium, magnesium stearate, cellulose acetate phthalate, alcohol, acetone, castor oil, FD&C Yellow #6 aluminum lake dye |
| Anthrax (Biothrax) | 11/2015 | aluminum hydroxide, sodium chloride, benzethonium chloride, formaldehyde |
| BCG (Tice) | 2/2009 | glycerin, asparagine, citric acid, potassium phosphate, magnesium sulfate, iron ammonium citrate, lactose |
| Cholera (Vaxchora) | 6/2016 | ascorbic acid, hydrolyzed casein, sodium chloride, sucrose, dried lactose, sodium bicarbonate, sodium carbonate |
| Dengue (Dengvaxia) | 6/2019 | sodium chloride, essential amino acids (including L-phenylalanine), non-essential amino acids, L-arginine hydrochloride, sucrose, D-trehalose dihydrate, D-sorbitol, trometamol, urea |
| DT (Sanofi) | 6/2018 | aluminum phosphate, isotonic sodium chloride, formaldehyde |
| DTaP (Daptacel) | 12/2018 | aluminum phosphate, formaldehyde, glutaraldehyde, 2-phenoxyethanol |
| DTaP (Infanrix) | 12/2018 | formaldehyde, aluminum hydroxide, sodium chloride, polysorbate 80 (Tween 80) |
| DTaP-IPV (Kinrix) | 12/2018 | Formaldehyde, aluminum hydroxide, sodium chloride, polysorbate 80 (Tween 80), neomycin sulfate, polymyxin B |
| DTaP-IPV (Quadracel) | 1/2019 | formaldehyde, aluminum phosphate, 2-phenoxyethanol, polysorbate 80, glutaraldehyde, neomycin, polymyxin B sulfate, bovine serum albumin |
| DTaP-HepB-IPV (Pediarix) | 2/2020* | formaldehyde, aluminum hydroxide, aluminum phosphate, sodium chloride, polysorbate 80 (Tween 80), neomycin sulfate, polymyxin B, yeast protein |
| DTaP-IPV/Hib (Pentacel) | 1/2019 | aluminum phosphate, polysorbate 80, sucrose, formaldehyde, glutaraldehyde, bovine serum albumin, 2-phenoxyethanol, neomycin, polymyxin B sulfate |
| DTaP-IPV-Hib-HepB (Vaxelis) | 12/2018 | polysorbate 80, formaldehyde, glutaraldehyde, bovine serum albumin, neomycin, streptomycin sulfate, polymyxin B sulfate, ammonium thiocyanate, yeast protein, aluminum |
| Ebola Zaire (ERVEBO) | 2/2020* | Tromethamine rice-derived recombinant human serum albumin, host cell DNA benzonase, rice protein |
| Hib (ActHIB) | 5/2019 | sodium chloride, formaldehyde, sucrose |
| Hib (Hiberix) | 4/2018 | formaldehyde, sodium chloride, lactose |

| Vaccine | Date | Contains |
|---|---|---|
| Hib (PedvaxHIB) | 10/2018 | amorphous aluminum hydroxyphosphate sulfate, sodium chloride |
| Hep A (Havrix) | 2/2020* | MRC-5 cellular proteins, formalin, aluminum hydroxide, amino acid supplement, phosphate-buffered saline solution, polysorbate 20, neomycin sulfate, aminoglycoside antibiotic |
| Hep A (Vaqta) | 12/2018 | amorphous aluminum hydroxyphosphate sulfate, non-viral protein, DNA, bovine albumin, formaldehyde, neomycin, sodium borate, sodium chloride, other process chemical residuals |
| Hep B (Engerix-B) | 2/2020* | aluminum hydroxide, yeast protein, sodium chloride, disodium phosphate dihydrate, sodium dihydrogen phosphate dihydrate |
| Hep B (Recombivax) | 12/2018 | formaldehyde, potassium aluminum sulfate, amorphous aluminum hydroxyphosphate sulfate, yeast protein |
| Hep B (Heplisav-B) | 2017 | yeast protein, yeast DNA, deoxycholate, phosphorothioate linked oligodeoxynucleotide, sodium phosphate, dibasic dodecahydrate, sodium chloride, monobasic dehydrate, polysorbate 80 |
| Hep A/Hep B (Twinrix) | 2/2020* | MRC-5 cellular proteins, formalin, aluminum phosphate, aluminum hydroxide, amino acids, sodium chloride, phosphate buffer, polysorbate 20, neomycin sulfate, yeast protein, water |
| Human Papillomavirus (HPV) (Gardasil 9) | 10/2018 | amorphous aluminum hydroxyphosphate sulfate, sodium chloride, L-histidine, polysorbate 80, sodium borate, yeast protein |
| Influenza (Afluria) Quadrivalent | 12/2019 | sodium chloride, monobasic sodium phosphate, dibasic sodium phosphate, monobasic potassium phosphate, potassium chloride, calcium chloride, sodium taurodeoxycholate, ovalbumin, sucrose, neomycin sulfate, polymyxin B, beta-propiolactone, hydrocortisone thimerosal (multi-dose vials) |
| Influenza (Fluad) | 4/2019 | squalene, polysorbate 80, sorbitan trioleate, sodium citrate dehydrate, citric acid monohydrate, neomycin, kanamycin, barium, hydrocortisone, egg proteins, cetyltrimethylammonium bromide (CTAB), formaldehyde |
| Influenza (Fluarix) Quadrivalent | ©2019 | octoxynol-10 (TRITON X-100), α-tocopheryl hydrogen succinate, polysorbate 80 (Tween 80), hydrocortisone, gentamicin sulfate, ovalbumin, formaldehyde, sodium deoxycholate, sodium phosphate-buffered isotonic sodium chloride |
| Influenza (Flublok) Quadrivalent | 4/2019 | sodium chloride, monobasic sodium phosphate, dibasic sodium phosphate, polysorbate 20 (Tween 20), baculovirus and *Spodoptera frugiperda* cell proteins, baculovirus and cellular DNA, Triton X-100 |
| Influenza (Flucelvax) Quadrivalent | 8/2019 | Madin Darby Canine Kidney (MDCK) cell protein, phosphate buffered saline, protein other than HA, MDCK cell DNA, polysorbate 80, cetyltrimethlyammonium bromide, and β-propiolactone, Thimerosal (multi-dose vials) |
| Influenza (Flulaval) Quadrivalent | 2/2020* | ovalbumin, formaldehyde, sodium deoxycholate, α-tocopheryl hydrogen succinate, polysorbate 80, thimerosal (multi-dose vials), phosphate-buffered saline solution |
| Influenza (Fluzone) Quadrivalent | 2019 | formaldehyde, egg protein, octylphenol ethoxylate (Triton X-100), sodium phosphate-buffered isotonic sodium chloride solution, thimerosal (multi-dose vials) |
| Influenza (Fluzone) High Dose | 1/2019 | egg protein, octylphenol ethoxylate (Triton X-100), sodium phosphate-buffered isotonic sodium chloride solution, formaldehyde |
| Influenza (FluMist) Quadrivalent | 8/2019 | monosodium glutamate, hydrolyzed porcine gelatin, arginine, sucrose, dibasic potassium phosphate, monobasic potassium phosphate, ovalbumin, gentamicin sulfate, ethylenediaminetetraacetic acid (EDTA) |
| Japanese Encephalitis (Ixiaro) | 9/2018 | aluminum hydroxide, protamine sulfate, formaldehyde, bovine serum albumin, Vero cell DNA, sodium metabisulphite, Vero cell protein |
| Meningococcal (MenACWY-Menactra) | 4/26/18 | sodium phosphate-buffered isotonic sodium chloride solution, formaldehyde, diphtheria toxoid |
| Meningococcal (MenACWY-Menveo) | 2/2020* | formaldehyde, $CRM_{197}$ protein |
| Meningococcal (MenB – Bexsero) | 2/2020* | aluminum hydroxide, sodium chloride, histidine, sucrose, kanamycin |
| Meningococcal (MenB – Trumenba) | 2018 | polysorbate 80, aluminum phosphate, histidine buffered saline |

| Vaccine | Date | Contains |
|---|---|---|
| MMR (MMR-II) | 2/2020* | vitamins, amino acids, fetal bovine serum, sucrose, glutamate, recombinant human albumin, neomycin, sorbitol, hydrolyzed gelatin, sodium phosphate, sodium chloride, WI-38 human diploid lung fibroblasts |
| MMRV (ProQuad) (Frozen: Recombinant Albumin) | 2/2020* | MRC-5 cells including DNA and protein, sucrose, hydrolyzed gelatin, sodium chloride, sorbitol, monosodium L-glutamate, sodium phosphate dibasic, recombinant human albumin, sodium bicarbonate, potassium phosphate monobasic, potassium chloride; potassium phosphate dibasic, neomycin, bovine calf serum |
| MMRV (ProQuad) (Frozen: Human Serum Albumin) | 2/2020* | MRC-5 cells including DNA and protein, sucrose, hydrolyzed gelatin, sodium chloride, sorbitol, monosodium L-glutamate, sodium phosphate dibasic, human albumin, sodium bicarbonate, potassium phosphate monobasic, potassium chloride; potassium phosphate dibasic, neomycin, bovine calf serum |
| MMRV (ProQuad) (Refrigerator Stable) | 10/2018 | MRC-5 cells including DNA and protein, sucrose, hydrolyzed gelatin, urea, sodium chloride, sorbitol, monosodium L-glutamate, sodium phosphate, recombinant human albumin, sodium bicarbonate, potassium phosphate, potassium chloride, neomycin, bovine serum albumin |
| Pneumococcal (PCV13 – Prevnar 13) | 8/2017 | $CRM_{197}$ carrier protein, polysorbate 80, succinate buffer, aluminum phosphate |
| Pneumococcal (PPSV-23 – Pneumovax) | 2/2020* | isotonic saline solution, phenol |
| Polio (IPV – Ipol) | 2/2020* | calf bovine serum albumin, 2-phenoxyethanol, formaldehyde, neomycin, streptomycin, polymyxin B, M-199 medium |
| Rabies (Imovax) | 10/2019 | human albumin, neomycin sulfate, phenol red, beta-propiolactone |
| Rabies (RabAvert) | ©2018 | chicken protein, polygeline (processed bovine gelatin), human serum albumin, potassium glutamate, sodium EDTA, ovalbumin, neomycin, chlortetracycline, amphotericin B |
| Rotavirus (RotaTeq) | 2/2017 | sucrose, sodium citrate, sodium phosphate monobasic monohydrate, sodium hydroxide, polysorbate 80, cell culture media, fetal bovine serum *[DNA from porcine circoviruses (PCV) 1 and 2 has been detected in RotaTeq. PCV-1 and PCV-2 are not known to cause disease in humans.]* |
| Rotavirus (Rotarix) | 2/2020* | dextran, Dulbecco's Modified Eagle Medium (sodium chloride, potassium chloride, magnesium sulfate, ferric (III) nitrate, sodium phosphate, sodium pyruvate, D-glucose, concentrated vitamin solution, L-cystine, L-tyrosine, amino acids, L-glutamine, calcium chloride, sodium hydrogenocarbonate, and phenol red), sorbitol, sucrose, calcium carbonate, sterile water, xanthan *[Porcine circovirus type 1 (PCV-1) is present in Rotarix. PCV-1 is not known to cause disease in humans.]* |
| Smallpox (Vaccinia) (ACAM2000) | 3/2018 | HEPES, 2% human serum albumin, 0.5 - 0.7% sodium chloride USP, 5% Mannitol USP, neomycin, polymyxin B, 50% Glycerin USP, 0.25% phenol USP |
| Td (Tenivac) | 11/2019 | aluminum phosphate, formaldehyde, sodium chloride, water |
| Td (TDVAX) | 9/2018 | aluminum phosphate, formaldehyde, thimerosal |
| Tdap (Adacel) | 1/2019 | aluminum phosphate, formaldehyde, 2-phenoxyethanol, glutaraldehyde, water |
| Tdap (Boostrix) | 2/2020* | formaldehyde, aluminum hydroxide, sodium chloride, polysorbate 80 |
| Typhoid (Typhim Vi) | 3/2014 | formaldehyde, phenol, polydimethylsiloxane, disodium phosphate, monosodium phosphate, sodium chloride, sterile water |
| Typhoid (Vivotif Ty21a) | 9/2013 | sucrose, ascorbic acid, amino acids, lactose, magnesium stearate. gelatin |
| Varicella (Varivax) *Frozen* | 2/2020* | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed gelatin, sodium chloride, monosodium L-glutamate, sodium phosphate dibasic, sodium phosphate monobasic, potassium phosphate monobasic, potassium chloride, EDTA, neomycin, fetal bovine serum |
| Varicella (Varivax) *Refrigerator Stable* | 10/2018 | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed gelatin, sodium chloride, monosodium L-glutamate, urea, sodium phosphate dibasic, potassium phosphate monobasic, potassium chloride, neomycin, bovine calf serum |
| Yellow Fever (YF-Vax) | 2/2019 | sorbitol, gelatin, sodium chloride |
| Zoster (Shingles) (Zostavax) *Frozen* | 1/2019 | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed porcine gelatin, sodium chloride, monosodium L-glutamate, sodium phosphate dibasic, potassium phosphate monobasic, potassium chloride; neomycin, bovine calf serum |

| Vaccine | Date | Contains |
|---|---|---|
| Zoster (Shingles) (Zostavax) *Refrigerator Stable* | 8/2018 | MRC-5 human diploid cells, including DNA & protein, sucrose, hydrolyzed porcine gelatin, urea, sodium chloride, monosodium L-glutamate, sodium phosphate dibasic, potassium phosphate monobasic, potassium chloride, neomycin, bovine calf serum |
| Zoster (Shingles) (Shingrix) | 2/2020* | sucrose, sodium chloride, dioleoyl phosphatidylcholine (DOPC), 3-*O*-desacl-4'monophosphoryl lipid A (MPL), QS-21 (a saponin purified from plant extract *Quillaja saponaria* Molina), potassium dihydrogen phosphate, cholesterol, sodium dihydrogen phosphate dihydrate, disodium phosphate anhydrous, dipotassium phosphate, polysorbate 80, host cell protein and DNA |

A table listing vaccine excipients and media *by excipient* is published by the Institute for Vaccine Safety at Johns Hopkins University, and can be found at http://www.vaccinesafety.edu/components-Excipients.htm.

February 2020