UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC., Et al. | : | CIVIL ACTION NO. 3:21-CV-00597 (JBA) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT OFFICE OF EARLY CHILDHOOD DEVELOPMENT, Et al. | : | |
| *Defendants* | : | July 29, 2021 |

## STATE AGENCY DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), the Defendants, the Connecticut Office of Early Childhood Development, the Connecticut Department of Education, and the Connecticut Department of Public Health (collectively, "State Agency Defendants"), hereby move to dismiss the Plaintiffs' Complaint in its entirety.

As set forth in the attached memorandum of law, counts one through four, and all claims brought by the two associational plaintiffs, must be dismissed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction. Moreover, all five counts must be dismissed pursuant to Rule 12(b)(6) for failure to allege sufficient facts upon which relief may be granted.

          DEFENDANTS
          CT Office of Early Childhood, CT Dept. of
          Education, and CT Dept. of Public Health

          WILLIAM TONG
          ATTORNEY GENERAL

BY:   /s/ Timothy J. Holzman
       Timothy J. Holzman
       Assistant Attorney General
       Federal Bar No. ct30420
       165 Capitol Avenue
       Hartford, CT 06106
       Tel: (860) 808-5210
       Fax: (860) 808-5385
       Timothy.Holzman@ct.gov

Darren P. Cunningham
Michael Skold
Alayna M. Stone
Assistant Attorneys General

## **CERTIFICATION**

I hereby certify that on July 29, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General