# EXHIBIT B

THE CONNECTICUT GENERAL ASSEMBLY

THE HOUSE OF REPRESENTATIVES

Monday, April 19, 2021

(The House of Representatives was called to order at 10:46 a.m., Speaker Ritter of the 1st District in the Chair.)

SPEAKER RITTER (1ST):

Good morning, everybody. The House, will please come to order. Will the Members, staff and guests please rise and direct your attention to the dais where Reverend Erica Thompson will lead us in prayer.

REVEREND ERICA THOMPSON:

Good morning. This morning, I woke up to a choir of birds singing outside my bedroom window. And as I sat with a hot cup of coffee in my hands, listening to their songs, enjoying some peace and quiet before the sun rose and the day began, two emotions washed over me, grief, and gratitude. I grieve, and if I'm honest,

REP. ACKERT (8TH):

You're welcome.

SPEAKER RITTER (1ST):

Are there any other announcements or introductions? Seeing none. Will the Clerk please call Calendar 323?

CLERK:

On Page 51, Calendar 323, Substitute for House Bill No. 623, AN ACT CONCERNING IMMUNIZATIONS. Favorable Committee Reports, Public Health and Appropriations.

SPEAKER RITTER (1ST):

Representative Steinberg of the 136th from the town of Westport. You have the floor, sir.

REP. STEINBERG (136TH):

Good morning, Mr. Speaker. I want to start by congratulating our newest Member of the Legislature. I'm sure he will have a first

day, he will never forget. Mr. Speaker, I move for acceptance of the Joint Committee's Favorable Report and passage of the Bill.

SPEAKER RITTER (1ST):

Question before the Chamber is on adoption of the Bill and acceptance of the Joint Committee's Favorable Report and passage of the Bill. Will you move -- Representative, is there -- hang on one second. Sorry. And passage of the Bill, Representative Steinberg, you have the floor.

REP. STEINBERG (136TH):

Thank you, Mr. Speaker. Mr. Speaker, this Bill is about vaccines. Think about the word, what it means to us now compared to just a year ago. Vaccines have come to mean hope, safety, the promise of return to something approaching normalcy. After a half, a million American deaths, where would we be without vaccines right now?

Vaccines have been an essential part of our collective health care safety net for a long time, over a century. Think about that. I remember having chicken pox. I also had the mumps and the

measles. Okay. It was a long time ago, but my father who was a primary care physician was really concerned about my condition.

To him, it wasn't a trivial disease that would just go away, back then people died, fortunately, not long after, vaccines for these diseases became widely available. They have been so effective that an entire generation has grown up not without experiencing the ravages of highly contagious diseases. This has led to some erroneous conclusions, such as we've eradicated these diseases. We can now relax because they're in the past.

Well, we all know now how dangerous relaxing too soon can be when we're talking about highly contagious diseases. And we've had a recent measles case in Connecticut. It's not an outbreak, it's not an epidemic, but it shows it can still happen. It is a testament to the continuing presence of contagious disease.

So, what does this Bill about? What has changed? In recent years, we've noted a disturbing pattern. Young student cohorts, incoming kindergartners, and their subsequent elementary grades are falling below the widely accepted herd immunity, or as I prefer to call it community immunity, threshold of 95%, which is particularly important for the measles.

The key data describe a clear trend over the past decade towards higher levels of religious exemptions resulting in as many as a hundred schools at any given time with vaccination rates below the community immunity threshold. Each of these schools is becoming a potential vector for a disease outbreak. It's reasonable to assume that many families currently use the religious exemption, they're doing so because they have doubts about the efficacy or safety of vaccines. It's a belief, even if it's not a specific religious one, but it's a problem, a growing problem.

Let me be clear. Vaccine hesitancy is becoming a direct and serious threat to the public health. It demands a proactive approach, not a reactive one dependent on quarantines or contact tracing. We've seen how that's gone. We need to act and act before we have an epidemic, an epidemic that we can prevent. That's what we're here for today.

So, no one wants to declare any student ineligible for attending school, but efforts by healthcare professionals and educators to educate families about vaccines have been unable to compete with a fear instilled by the disinformation net. There are many well-meaning families refusing to vaccinate because they brought into slickly produced presentations, which question safety

and efficacy while inciting fear of big pharma and secret cabal's intent on inserting microchips.

It's made it really hard to have a calm and constructive conversation on the subject, but the Bill seeks to do something about the situation. It calls for insurance companies to reimburse practitioners for extended 20 minutes or more consultations with families about their concerns. Practitioners will now also be able to consider previous reactions, family history and genetic predisposition in granting a medical exemption.

It's no guarantee, but we are confident that it will facilitate more productive dialogue, build rapport, convinced some vaccine hesitant families to vaccinate, perhaps with some sort of extended vaccination schedule, and keep families and practices not kicked out. Yes, we are eliminating the religious exemption, which affectively encompasses general beliefs in opposition to vaccines.

Going forward, all children, regardless of religion will need to be up-to-date on required vaccinations, unless they have a medical exemption. Those who don't comply with the law, a law that has been in place for over 60 years, will not be eligible to enroll in school. That's the way it's been for the majority of Connecticut

children for decades. Parents will have a choice vaccinate their child or seek other means to educate their children.

Online learning is evolving rapidly, offering an alternative, even if not, maybe the perfect solution. It will now be a real consideration for some families. But the bottom line is this, parents have a right to expect that their children will be safe at school. We are acting to assure that assumption continues to be true.

Mr. Speaker, I move passage of the Bill.

SPEAKER RITTER (1ST):

Thank you, Chairman Steinberg. Will you remark further? Representative Petit if you could just hit that button, please, sir. There you are, Representative Petit, the Ranking Member of the Public Health Committee and a state Rep. representing the towns of Plainville and the city of New Britain. You have the floor, sir.