UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC; CT FREEDOM ALLIANCE, LLC; CONSTANTINA LORA; MIRIAM HIDALGO; ASMA ELIDRISSI | : : : : : | NO.:  3:21-CV-00597 (JBA) |
| v. | : : | |
| CONNECTICUT OFFICE OF EARLY CHILDHOOD DEVELOPMENT; CONNECTICUT STATE DEPARTMENT OF EDUCATION; CONNECTICUT DEPARTMENT OF PUBLIC HEALTH BETHEL BOARD OF EDUCATION; GLASTONBURY BOARD OF EDUCATION; STAMFORD BOARD OF EDUCATION | : : : : : : : : | SEPTEMBER 2, 2021 |

## GLASTONBURY BOARD OF EDUCATION'S REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS

The Defendant, Glastonbury Board of Education, hereby respectfully joins and incorporates, as if fully set forth herein, Defendants Connecticut Office of Early Childhood Development, Connecticut Department of Education, and Connecticut Department of Public Health's (collectively "State Agency Defendants") Reply in further support of their Motion to Dismiss the Plaintiffs' Complaint. See Doc. 22 and 22-1. Defendant does not join the parts of the State Agency Defendants' Reply brief asserting Eleventh Amendment immunity nor Section II(E) in opposition to Count Five of Plaintiffs' Complaint as they are inapplicable to Defendant Glastonbury Board of Education.

For the reasons set forth in the State Agency Defendants' Reply brief in further support of their Motion to Dismiss, this Defendant joins the State Agency Defendants in respectfully requesting that the Plaintiffs' Complaint be dismissed.

DEFENDANT,
GLASTONBURY BOARD OF EDUCATION


By   /s/ *Thomas R. Gerarde*
   Thomas R. Gerarde
   ct05640
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   tgerarde@hl-law.com

2

## **CERTIFICATION**

This is to certify that on September 2, 2021, a copy of the foregoing Glastonbury Board of Education's Reply in Further Support of Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Norman A. Pattis
The Pattis Law Firm, LLC
383 Orange Street, 1st Flr.
New Haven, CT 06511

Brian Festa, Esq.
215 Grove Street
Bristol, CT 06010

Michael C. Harrington, Esq.
Johanna G. Zelman, Esq.
Ford Harrison, LLP
CityPlace II
185 Asylum Street, Suite 610
Hartford, CT 06103

Darren P. Cunningham, Esq.
Timothy J. Holzman, Esq.
Michael K. Skold, Esq.
Alayna M. Stone, Esq.
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106

              */s/ Thomas R. Gerarde*
              Thomas R. Gerarde