# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC., Et al. | : | CIVIL ACTION NO.  3:21-CV-00597 (JBA) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT OFFICE OF EARLY CHILDHOOD DEVELOPMENT, Et al. | : : | |
| *Defendants* | : | September 2, 2021 |

## DEFENDANTS BETHEL BOARD OF EDUCATION AND STAMFORD BOARD OF EDUCATION'S REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS

Defendants, Bethel Board of Education and Stamford Board of Education ("Defendants"), join Defendants Connecticut Office of Early Childhood Development, Connecticut Department of Education, and Connecticut Department of Public Health's (collectively "State Agency Defendants") Reply in Further Support of Defendants' Motion to Dismiss ("Reply").

For the reasons set forth in the State Agency Defendants' Reply as hereby incorporated as if fully set forth herein, Defendants respectfully request that the Plaintiffs' Complaint be dismissed in its entirety.

DATED September 2, 2021

        By  /s/
           Johanna G. Zelman (ct26966)
           FordHarrison, LLP
           CityPlace II
           185 Asylum Street, Suite 610
           Hartford, CT 06103
           Tel #:   (860) 740-1355
           Fax #:  (860) 578-2075
           Email:  jzelman@fordharrison.com
                   mharrington@fordharrison.com

*Attorney for Bethel Board of Education and Stamford Board of Education*

## CERTIFICATE OF SERVICE

       This is to certify that on this 2nd day of September, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Norman A. Pattis, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
npattis@pattisandsmith.com

Brian D. Festa, Esq.
CT Freedom Alliance, LLC
123 Farmington Avenue, Suite 175
Bristol, CT 06010
brian@ctfreedomalliance.com

                                        /s/ Johanna G. Zelman
                                        Johanna G. Zelman