

OFFICE OF THE ATTORNEY GENERAL
CONNECTICUT

**william tong**
attorney general

November 17, 2021

**By Electronic Filing**

Hon. Janet Bond Arterton
Richard C. Lee United States Courthouse, 141 Church Street, Room Number 118
New Haven, CT 06510

      Re:    *We the Patriots USA, Inc. v. Conn. Office of Early Childhood Development,* 21-cv-00597,
            Motion to Dismiss argued October 27, 2021

Dear Judge Arterton:

Your Honor's pretrial practices "encourage" counsel to file "correspondence referencing new cases relevant to pending motions."  See *https://www.ctd.uscourts.gov/content/janet-bond-arterton*.

When the parties argued the Defendants' motions to dismiss on October 27, counsel raised the issue of similar litigation pending in the Second Circuit.  On November 4, 2021 a panel of the Second Circuit issued the attached 50 page opinion in *We the Patriots v. Hochul,* No. 21-2179.

It is respectfully submitted that this opinion directly bears on the arguments raised by the parties.  Specifically:

- Pages 18-35 of the opinion discuss whether the vaccination requirements at issue are neutral laws of general applicability for purposes of a free exercise claim.
- Pages 40-41 of the opinion discuss whether the vaccination requirements at issue violated Plaintiffs' rights to privacy, medical freedom, and bodily autonomy.

Thank you.

                                              Very truly yours,

                                              Darren P. Cunningham, AAG
                                              Counsel for the State Defendants

                                              WILLIAM TONG

DPC/enc

165 Capitol Avenue
Hartford, Connecticut 06106

*An Affirmative Action/Equal Opportunity Employer*