UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS USA, INC; | : | |
| CT FREEDOM ALLIANCE, LLC; | : | |
| CONSTANTINA LORA; MIRIAM | : | DKT No.: 3:21-cv-00597-JBA |
| HIDALGO; ASMA ELIDRISSI; | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT OFFICE OF EARLY | : | |
| CHILDHOOD DEVELOPMENT; | : | |
| CONNECTICUT STATE | : | |
| DEPARTMENT OF EDUCATION; | : | |
| CONNECTICUT DEPARTMENT | : | |
| OF PUBLIC HEALTH; BETHEL BOARD | : | |
| OF EDUCATION; GLASTONBURY | : | |
| BOARD OF EDUCATION; | : | |
| STAMFORD BOARD OF EDUCATION; | : | |
| | : | |
| Defendants. | : | February 1, 2022 |

**<u>NOTICE OF APPEAL</u>**

The Plaintiffs hereby give notice of their appeal of the Court's January 11, 2022 dismissal of their case. *See* Dkt. 56.

                                                                                       THE PLAINTIFFS

                                                                                       <u>/s/ Norman A. Pattis /s/</u>
                                                                                      NORMAN A. PATTIS, ESQ.
                                                                                      PATTIS & SMITH, LLC
                                                                                      383 Orange Street
                                                                                       New Haven, CT 06511
                                                                                      Tel:  (203) 393-3017
                                                                                      Fax: (203) 393-9745
                                                                                      npattis@pattisandsmith.com
                                                                                      Fed Bar. No.: ct13120

/s/ Cameron L. Atkinson /s/
CAMERON L. ATKINSON, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
catkinson@pattisandsmith.com
Federal Bar No.: ct31219

/s/ Brian D. Festa /s/
BRIAN D. FESTA, ESQ.
General Counsel
CT Freedom Alliance, LLC
123 Farmington Ave., Ste. 175
Bristol, CT 06010
Tel: (860) 261-5605
brian@ctfreedomalliance.com
Fed. Bar. No.: ct30963

## CERTIFICATE OF SERVICE

I hereby certify that, on the above-captioned date, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ NORMAN A. PATTIS /s/