APPEAL,CLOSED,EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:21-cv-00597-JBA

| | |
|---|---|
| We The Patriots USA, Inc et al v. Connecticut Office of Early Childhood Development et al | Date Filed: 04/30/2021 |
| | Date Terminated: 01/12/2022 |
| Assigned to: Judge Janet Bond Arterton | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**We The Patriots USA, Inc**  represented by **Brian Festa**
Connecticut
215 Grove St
Bristol, CT 06010
860-878-5709
Email: bfesta78@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl Austin Voss**
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
203-393-3017
Email: avoss@pattisandsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Murray Smith**
Pattis & Smith, LLC
383 Orange Street, First Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745
Email: ksmith@pattisandsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman A. Pattis**
The Pattis Law Firm, LLC
383 Orange St., First Floor
New Haven, CT 06511
203-393-3017
Fax: 203-393-9745
Email: npattis@pattisandsmith.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Zachary Edward Reiland**
Pattis and Smith, LLC
383 Orange St.
New Haven, CT 06511
203-393-3017
Email: zreiland@pattisandsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Lee Atkinson**
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511
203-393-3017
Email: catkinson@pattisandsmith.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CT Freedom Alliance, LLC**         represented by **Brian Festa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Earl Austin Voss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Murray Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman A. Pattis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Edward Reiland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Lee Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Constantina Lora** | represented by | **Brian Festa** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Earl Austin Voss** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kevin Murray Smith** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Norman A. Pattis** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Zachary Edward Reiland** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Cameron Lee Atkinson** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Miriam Hidalgo** | represented by | **Brian Festa** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Earl Austin Voss** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kevin Murray Smith** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Norman A. Pattis** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Zachary Edward Reiland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Cameron Lee Atkinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **Asma Elidrissi** | represented by | **Brian Festa**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Earl Austin Voss**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Kevin Murray Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Norman A. Pattis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Zachary Edward Reiland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Cameron Lee Atkinson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Connecticut Office of Early Childhood Development** | represented by | **Alayna M. Stone**<br>Office of the Attorney General<br>165 Capitol Avenue<br>Ste 5000<br>Hartford, CT 06106<br>860-808-5020<br>Fax: 860-808-5347<br>Email: alayna.stone@ct.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren P. Cunningham**
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
860-808-5074
Fax: 860-808-5385
Email: darren.cunningham@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
State of Connecticut Office of the Attorney General
165 Capitol Avenue
Ste 5000
Hartford, CT 06106
860-808-5020
Fax: 860-808-5347
Email: michael.skold@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Holzman**
State of CT, Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
860-808-5210
Email: timothy.holzman@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Connecticut State Department of Education** represented by **Alayna M. Stone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren P. Cunningham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Holzman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Connecticut Department of Public Health**     represented by     **Alayna M. Stone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darren P. Cunningham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Skold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy J. Holzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bethel Board of Education**     represented by     **Johanna G. Zelman**
Ford Harrison, LLP
CityPlace II
185 Asylum Street
Suite 610
Hartford, CT 06103
860-740-1361
Fax: 860-740-1393
Email: jzelman@fordharrison.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C. Harrington**
FordHarrison LLP
185 Asylum Street
CityPlace II, Suite 610
Hartford, CT 06103
860-740-1355
Fax: 860-578-2075
Email: mharrington@fordharrison.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Glastonbury Board of Education** | represented by | **Thomas R. Gerarde** <br> Howd & Ludorf <br> 65 Wethersfield Ave. <br> Hartford, CT 06114-1190 <br> 860-249-1361 <br> Fax: 860-249-7665 <br> Email: tgerarde@hl-law.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Stamford Board Of Education** | represented by | **Johanna G. Zelman** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Michael C. Harrington** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Child USA** | represented by | **Paul A. Slager** <br> Silver, Golub & Teitell <br> 184 Atlantic St., <br> Stamford, CT 06901 <br> 203-325-4491 <br> Email: pslager@sgtlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Americans United for Separation of Church and State** | represented by | **Alex J. Luchenitser** <br> Americans United for Separation of Church and State <br> 1301 K Street NW, Suite 850, East Tower <br> Washington, DC 20005 <br> 202-466-3234 <br> Fax: 202-466-2587 <br> Email: luchenitser@au.org <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Daniel S. Blinn** <br> Consumer Law Group <br> 35 Cold Spring Rd., Suite 512 <br> Rocky Hill, CT 06067 <br> 860-571-0408 <br> Fax: 860-571-7457 <br> Email: dblinn@consumerlawgroup.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrianne Spoto**
Americans United for Separation of
Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
202-466-3234
Fax: 202-466-3353
Email: spoto@au.org
*ATTORNEY TO BE NOTICED*

**Richard B. Katskee**
Americans United for Separation of
Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
202-466-3234
Fax: 202-466-3353
Email: katskee@au.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**Central Conference of American Rabbis**    represented by    **Alex J. Luchenitser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel S. Blinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adrianne Spoto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard B. Katskee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Interfaith Alliance Foundation**    represented by    **Alex J. Luchenitser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel S. Blinn**
(See above for address)

|  |  |  |
|---|---|---|
|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adrianne Spoto**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard B. Katskee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Men of Reform Judaism** | represented by | **Alex J. Luchenitser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel S. Blinn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adrianne Spoto**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard B. Katskee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus**<br>**Reconstructionist Rabbinical Association** | represented by | **Alex J. Luchenitser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel S. Blinn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adrianne Spoto**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard B. Katskee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** |  |  |

| | | |
|---|---|---|
| **Union for Reform Judaism** | represented by | **Alex J. Luchenitser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel S. Blinn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adrianne Spoto**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard B. Katskee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Women of Reform Judaism** | represented by | **Alex J. Luchenitser**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel S. Blinn**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adrianne Spoto**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard B. Katskee**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2021 | 1 | COMPLAINT against All Defendants ( Filing fee $402 receipt number ACTDC-6491677.), filed by Constantina Lora, CT FREEDOM ALLIANCE, LLC, Miriam Hidalgo, WE THE PATRIOTS USA, INC., Asma Elidrissi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Pattis, Norman) (Entered: 04/30/2021) |
| 04/30/2021 | | Judge Janet Bond Arterton added. (Oliver, T.) (Entered: 05/03/2021) |
| 04/30/2021 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 6/29/2021 Discovery due by 10/30/2021 Dispositive Motions due by 12/4/2021<br>Signed by Clerk on 4/30/2021.(Nuzzi, Tiffany) (Entered: 05/03/2021) |

| | | |
|---|---|---|
| 04/30/2021 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER Signed by Judge Janet Bond Arterton on 4/30/2021.(Nuzzi, Tiffany) (Entered: 05/03/2021) |
| 04/30/2021 | 4 | STANDING PROTECTIVE ORDER Signed by Judge Janet Bond Arterton on 4/30/2021.(Nuzzi, Tiffany) (Entered: 05/03/2021) |
| 05/01/2021 | | Request for Clerk to issue summons as to All Defendants. (Pattis, Norman) (Entered: 05/01/2021) |
| 05/06/2021 | 5 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Bethel Board of Education, Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education, Glastonbury Board of Education* with answer to complaint due within *21* days. Attorney *Norman A. Pattis* *The Pattis Law Firm, LLC* *383 Orange St., First Floor* *New Haven, CT 06511*. (Nuzzi, Tiffany) (Entered: 05/06/2021) |
| 05/17/2021 | 6 | NOTICE of Appearance by Johanna G. Zelman on behalf of Bethel Board of Education (Zelman, Johanna) (Entered: 05/17/2021) |
| 05/17/2021 | 7 | NOTICE of Appearance by Michael C. Harrington on behalf of Bethel Board of Education (Harrington, Michael) (Entered: 05/17/2021) |
| 05/18/2021 | 8 | SUMMONS Returned Executed by Constantina Lora, CT Freedom Alliance, LLC, Miriam Hidalgo, We The Patriots USA, Inc, Asma Elidrissi. All Defendants. (Pattis, Norman) (Entered: 05/18/2021) |
| 05/24/2021 | 9 | NOTICE of Appearance by Johanna G. Zelman on behalf of Stamford Board Of Education (Zelman, Johanna) (Entered: 05/24/2021) |
| 05/24/2021 | 10 | NOTICE of Appearance by Michael C. Harrington on behalf of Stamford Board Of Education (Harrington, Michael) (Entered: 05/24/2021) |
| 05/26/2021 | 11 | NOTICE of Appearance by Darren P. Cunningham on behalf of Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education (Cunningham, Darren) (Entered: 05/26/2021) |
| 05/26/2021 | 12 | NOTICE of Appearance by Timothy J. Holzman on behalf of Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education (Holzman, Timothy) (Entered: 05/26/2021) |
| 05/27/2021 | 13 | NOTICE of Appearance by Michael Skold on behalf of Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education *In Addition to Counsel on File* (Skold, Michael) (Entered: 05/27/2021) |
| 05/27/2021 | 14 | NOTICE of Appearance by Alayna M. Stone on behalf of Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education *In Addition to Counsel of File* (Stone, Alayna) (Entered: 05/27/2021) |

| | | |
|---|---|---|
| 05/27/2021 | 15 | NOTICE of Appearance by Thomas R. Gerarde on behalf of Glastonbury Board of Education (Gerarde, Thomas) (Entered: 05/27/2021) |
| 05/27/2021 | 16 | Consent MOTION for Extension of Time until July 15, 2021*for all Defendants to* Respond to Complaint 1 Complaint, by Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education. (Cunningham, Darren) (Entered: 05/27/2021) |
| 06/08/2021 | 17 | MOTION for Pre-Filing Conference by Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education. (Cunningham, Darren) (Entered: 06/08/2021) |
| 06/09/2021 | 18 | ORDER granting 16 Motion for Extension of Time to File Answer, on consent, to 7/15/21. Signed by Judge Janet Bond Arterton on 6/9/21. (Tooker, Aimee) (Entered: 06/09/2021) |
| 06/09/2021 | | Answer deadline updated for All Defendants. (Tooker, Aimee) (Entered: 06/09/2021) |
| 06/15/2021 | 19 | ORDER granting 17 Motion for Pre-Filing Conference. Signed by Judge Janet Bond Arterton on 6/14/21. (Tooker, Aimee) (Entered: 06/15/2021) |
| 06/15/2021 | | A telephonic pre-filing conference will be held 6/30/21 at 4:00 p.m. as follows: 1-877-402-9753; Access Code: 3535720. (Tooker, Aimee) (Entered: 06/15/2021) |
| 07/01/2021 | 20 | SCHEDULING ORDER: Pursuant to the colloquy with counsel on the record 6/30/21, the following is ordered: (1) No amended complaint is intended. (2) Defendants' Motion to Dismiss will be filed by 7/29/21; opposition will be filed by 8/9/21; any reply will be filed by 9/2/21. (3) Oral Argument will be held 10/19/21 at 2:00 p.m., Courtroom Two. Signed by Judge Janet Bond Arterton on 6/30/21.(Tooker, Aimee) (Entered: 07/01/2021) |
| 07/01/2021 | | Oral argument is set for 10/19/2021 at 2:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton (Tooker, Aimee) (Entered: 07/01/2021) |
| 07/29/2021 | 21 | MOTION to Dismiss by Glastonbury Board of Education.Responses due by 8/19/2021 (Attachments: # 1 Memorandum in Support)(Gerarde, Thomas) (Entered: 07/29/2021) |
| 07/29/2021 | 22 | MOTION to Dismiss by Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education.Responses due by 8/19/2021 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Cunningham, Darren) (Entered: 07/29/2021) |
| 07/29/2021 | 23 | MOTION to Dismiss by Bethel Board of Education, Stamford Board Of Education.Responses due by 8/19/2021 (Attachments: # 1 Memorandum in Support) (Zelman, Johanna) (Entered: 07/29/2021) |
| 07/30/2021 | 24 | NOTICE of Appearance by Paul A. Slager on behalf of Child USA (Slager, Paul) (Entered: 07/30/2021) |
| 07/30/2021 | 25 | MOTION for Leave to File by Child USA. (Attachments: # 1 Exhibit A -Amicus Curiae Brief)(Slager, Paul) (Entered: 07/30/2021) |

| | | | |
|---|---|---|---|
| 08/05/2021 | 26 | NOTICE of Appearance by Daniel S. Blinn on behalf of Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism (Blinn, Daniel) (Entered: 08/05/2021) | |
| 08/05/2021 | 27 | MOTION for Leave to File *Unopposed Motion for Leave to file Amicus Curiae brief in support of defendants' Motions to Dismiss* by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Attachments: # 1 Memorandum in Support)(Blinn, Daniel) (Entered: 08/05/2021) | |
| 08/05/2021 | 28 | MOTION for Disclosure *Disclosure Statement of proposed Amici Curiae* by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Blinn, Daniel) (Entered: 08/05/2021) | |
| 08/05/2021 | 29 | MOTION for Attorney(s) Alex J. Luchenitser to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6601533) by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Attachments: # 1 Declaration of Alex J. Luchenitser)(Blinn, Daniel) (Entered: 08/05/2021) | |
| 08/05/2021 | 30 | MOTION for Attorney(s) Richard B. Katskee to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6601548) by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Attachments: # 1 Declaration of Richard B. Katskee)(Blinn, Daniel) (Entered: 08/05/2021) | |
| 08/05/2021 | 31 | MOTION for Attorney(s) Adrianne M. Spoto to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6601552) by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Attachments: # 1 Declaration of Adrianne M. Spoto)(Blinn, Daniel) (Entered: 08/05/2021) | |
| 08/06/2021 | 32 | ORDER granting 29 Motion for Attorney Alex J. Luchenitser to Appear Pro Hac Vice. Certificate of Good Standing due by 10/5/2021. Signed by Clerk on 8/6/2021. (Freberg, B) (Entered: 08/06/2021) | |
| 08/06/2021 | 33 | ORDER granting 30 Motion for Attorney Richard B. Katskee to Appear Pro Hac Vice. Certificate of Good Standing due by 10/5/2021. Signed by Clerk on 8/6/2021. (Freberg, B) (Entered: 08/06/2021) | |
| 08/06/2021 | 34 | ORDER granting 31 Motion for Attorney Adrianne M. Spoto to Appear Pro Hac Vice. Certificate of Good Standing due by 10/5/2021. Signed by Clerk on 8/6/2021. (Freberg, B) (Entered: 08/06/2021) | |
| 08/09/2021 | 35 | Memorandum in Opposition re 22 MOTION to Dismiss , 23 MOTION to Dismiss , 21 MOTION to Dismiss filed by CT Freedom Alliance, LLC, Asma Elidrissi, Miriam Hidalgo, Constantina Lora, We The Patriots USA, Inc. (Pattis, Norman) (Entered: | |

| | | |
|---|---|---|
| | | 08/09/2021) |
| 08/10/2021 | 36 | ORDER granting 27 Motion for Leave to File Amicus Curiae Brief, without objection. Counsel shall file their Brief in Support of Defendants' Motion to Dismiss. Signed by Judge Janet Bond Arterton on 8/10/21`. (Tooker, Aimee) (Entered: 08/10/2021) |
| 08/11/2021 | 37 | Memorandum in Support re 22 MOTION to Dismiss , 23 MOTION to Dismiss , 25 MOTION for Leave to File , 21 MOTION to Dismiss filed by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Blinn, Daniel) (Entered: 08/11/2021) |
| 08/13/2021 | 38 | NOTICE of Appearance by Alex J. Luchenitser on behalf of Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism (Luchenitser, Alex) (Entered: 08/13/2021) |
| 08/13/2021 | 39 | CERTIFICATE OF GOOD STANDING re 29 MOTION for Attorney(s) Alex J. Luchenitser to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6601533) by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Luchenitser, Alex) (Entered: 08/13/2021) |
| 08/13/2021 | 40 | NOTICE of Appearance by Adrianne Spoto on behalf of Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism (Spoto, Adrianne) (Entered: 08/13/2021) |
| 08/13/2021 | 41 | CERTIFICATE OF GOOD STANDING re 31 MOTION for Attorney(s) Adrianne M. Spoto to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6601552) by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Spoto, Adrianne) (Entered: 08/13/2021) |
| 08/13/2021 | 42 | NOTICE of Appearance by Richard B. Katskee on behalf of Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism (Katskee, Richard) (Entered: 08/13/2021) |
| 08/13/2021 | 43 | CERTIFICATE OF GOOD STANDING re 30 MOTION for Attorney(s) Richard B. Katskee to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-6601548) by Americans United for Separation of Church and State, Central Conference of American Rabbis, Interfaith Alliance Foundation, Men of Reform Judaism, Reconstructionist Rabbinical Association, Union for Reform Judaism, Women of Reform Judaism. (Katskee, Richard) (Entered: 08/13/2021) |

| | | | |
|---|---|---|---|
| 09/02/2021 | 44 | REPLY to Response to 22 MOTION to Dismiss filed by Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education. (Attachments: # 1 Exhibit A)(Cunningham, Darren) (Entered: 09/02/2021) | |
| 09/02/2021 | 45 | REPLY to Response to 21 MOTION to Dismiss filed by Glastonbury Board of Education. (Gerarde, Thomas) (Entered: 09/02/2021) | |
| 09/02/2021 | 46 | REPLY to Response to 23 MOTION to Dismiss filed by Bethel Board of Education, Stamford Board Of Education. (Zelman, Johanna) (Entered: 09/02/2021) | |
| 10/08/2021 | 47 | Oral Argument on Motions 21 22 23 has been rescheduled to October 27, 2021 at 2:30 p.m. in Courtroom Two, 141 Church Street, New Haven, CT. (Tooker, Aimee) (Entered: 10/08/2021) | |
| 10/08/2021 | 48 | ORDER granting 25 Motion for Leave to Participate as Amicus Curiae. Signed by Judge Janet Bond Arterton on 10/8/21. (Tooker, Aimee) (Entered: 10/08/2021) | |
| 10/18/2021 | | Oral Argument set down for October 27, 2021 at 2:30 p.m. will be held via Zoom as follows: https://www.zoomgov.com/j/16190030391; Meeting ID: 161 9003 0391. Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Tooker, Aimee) (Entered: 10/18/2021) | |
| 10/19/2021 | 49 | NOTICE of Appearance by Kevin Murray Smith on behalf of CT Freedom Alliance, LLC, Asma Elidrissi, Miriam Hidalgo, Constantina Lora, We The Patriots USA, Inc (Smith, Kevin) (Entered: 10/19/2021) | |
| 10/20/2021 | 50 | MOTION for Attorney(s) Earl Austin Voss to be Admitted Pro Hac Vice by CT Freedom Alliance, LLC, Asma Elidrissi, Miriam Hidalgo, Constantina Lora, We The Patriots USA, Inc. $200 filing fee paid, tracking ID# ACTDC-6690359. (Attachments: # 1 Affidavit in Support, # 2 Certificate of Good Standing)(Freberg, B) (Entered: 10/20/2021) | |
| 10/21/2021 | 51 | ORDER granting 50 Motion for Attorney(s) Earl Austin Voss to be Admitted Pro Hac Vice. Signed by Clerk on 10/21/2021. (Gutierrez, Y.) (Entered: 10/21/2021) | |
| 10/22/2021 | 52 | NOTICE of Appearance by Earl Austin Voss on behalf of CT Freedom Alliance, LLC, Asma Elidrissi, Miriam Hidalgo, Constantina Lora, We The Patriots USA, Inc (Voss, Earl) (Entered: 10/22/2021) | |
| 10/22/2021 | 53 | NOTICE of Appearance by Zachary Edward Reiland on behalf of CT Freedom Alliance, LLC, Asma Elidrissi, Miriam Hidalgo, Constantina Lora, We The Patriots USA, Inc (Reiland, Zachary) (Entered: 10/22/2021) | |
| 10/26/2021 | | Oral Argument has been scheduled for 10/27/21 at 2:30 p.m. via Zoom. The Zoom link has been modified and is as follows: https://www.zoomgov.com/j/1602759396?pwd=OWx6YzlPZlQ1QllFUU1BQTErUTFyQT09; Meeting ID: 160 275 9396;Passcode: 976829 (Tooker, Aimee) (Entered: 10/26/2021) | |

| | | |
|---|---|---|
| 10/27/2021 | 54 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Motion Hearing held on 10/27/2021.<br>The Defendants' Motions to Dismiss (Doc. # 21 , 22 and 23 ) are taken under advisement.<br>Total Time: 1 hour and 13 minutes (Court Reporter Corinne Thomas) (Reis, Julia) (Entered: 10/27/2021) |
| 11/17/2021 | 55 | NOTICE by Connecticut Department of Public Health, Connecticut Office of Early Childhood Development, Connecticut State Department of Education re 22 MOTION to Dismiss (Attachments: # 1 Opinion)(Cunningham, Darren) (Entered: 11/17/2021) |
| 01/11/2022 | 56 | ORDER: For the reasons set forth in the attached Order, Defendants' Motions to Dismiss 21 , 22 , 23 are GRANTED. Signed by Judge Janet Bond Arterton on 01/11/2022. (Canevari, D.) (Entered: 01/11/2022) |
| 01/12/2022 | 57 | JUDGMENT.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov /forms/all-forms/appeals_forms<br>Signed by Clerk on 1/12/2022. (Reis, Julia) (Additional attachment(s) added on 1/12/2022: # 1 Replacement PDF) (Reis, Julia). (Entered: 01/12/2022) |
| 01/12/2022 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Reis, Julia) (Entered: 01/12/2022) |
| 01/12/2022 | 58 | NOTICE of Appearance by Cameron Lee Atkinson on behalf of CT Freedom Alliance, LLC, Asma Elidrissi, Miriam Hidalgo, Constantina Lora, We The Patriots USA, Inc *In Preparation For Appeal* (Atkinson, Cameron) (Entered: 01/12/2022) |
| 02/01/2022 | 59 | NOTICE OF APPEAL as to 57 Judgment, 56 Order on Motion to Dismiss,, by CT Freedom Alliance, LLC, Asma Elidrissi, Miriam Hidalgo, Constantina Lora, We The Patriots USA, Inc. Filing fee $ 505, receipt number CCTDC-6813794. (Pattis, Norman) (Entered: 02/01/2022) |