# United States Court of Appeals

FOR THE
SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand twenty-two.

Present:
      Pierre N. Leval,
      Denny Chin,
      Joseph F. Bianco,
           *Circuit Judges*.

_____

We The Patriots USA, Inc.; CT Freedom Alliance, LLC; Constantina Lora; Miriam Hidalgo; Asma Elidrissi,

      *Plaintiffs-Appellants*,       **ORDER**

v.       22-249-cv

Connecticut Office of Early Childhood Development; Connecticut Department of Public Health; Bethel Board of Education; Glastonbury Board of Education; Stamford Board of Education,

      *Defendants-Appellees*.

_____

      The parties are hereby advised that consideration of this appeal will be held in abeyance pending this Court's issuance of its decision in *M.A. v. Rockland County Department of Health* (No. 21-551-cv). It is ORDERED that, no later than fourteen days after issuance of that decision, each party shall submit to this Court a letter brief, not to exceed fifteen pages double-spaced, addressing the effect, if any, that the *M.A.* decision has on this appeal.

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/17/2022